FILED - USDC - FLMD - OCA
SEP 15 2026 PM1:24

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr- 107-TPB-PRL
18 U.S.C. § 115(a)(1)(B)

KYLE CASWELL

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Threat to a Federal Official)**

On or about August 21, 2026, in the Middle District of Florida, the defendant,

**KYLE CASWELL,**

did threaten to assault and murder O.L., an official whose killing would be a crime under 18 U.S.C. § 1114, specifically a correctional officer with the Federal Bureau of Prisons, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 115, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Angela M. Palacios
Assistant United States Attorney

By: ______________________
Robert E. Bodnar. Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
September 26

No. 5:26-cr-107-TPB-PRL

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

KYLE CASWELL

INDICTMENT

Violations: 18 U.S.C. § 115(a)(1)(B)

A true bill,

Foreperson

Filed in open court this 15th day

of September 2026.

M Taylor
Clerk

Bail $________________

GPO 863 525